

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00235-CV

IN RE JOE ADAM RAMIREZ AND FREDERICK Q. HERROD, RELATORS

OPINION ON ORIGINAL PROCEEDING FOR WRIT OF MANDAMUS

July 10, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Pending before the court is a petition for writ of mandamus filed by Joe Adam Ramirez and Frederick Q. Herrod. They request that we order the court reporter and the district clerk to provide them the appellate record in cause No. 07-15-00152-CV, the latter being an appeal pending before us. The clerk of this court mailed the appellate record to relators, which record was received, on June 11, 2015, by personnel at the prison wherein relators are housed. So, there is no need to order the trial court clerk and reporter to forward the same record. Thus, the complaint encompassed by the petition for mandamus is moot. However, we do not address whether the relators are entitled to a writ of mandamus against their jailers if the latter do not deliver the appellate record to relators; that happenstance has not been raised at this time.

Accordingly, we deny the petition for writ of mandamus as moot.

Per Curiam